IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARISSE WIGFALL,

    Plaintiff,

v.                                                               No. CV 21-944 RB/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF OTERO, et al.,

    Defendants.

**ORDER VACATING SCHEDULING CONFERENCE AND
TO SUBMIT CLOSING DOCUMENTS**

**THIS MATTER** is before the Court upon notice that this case has settled. *See* (Doc. 15).

**IT IS THEREFORE ORDERED** that the telephonic Rule 16 Scheduling Conference set for January 11, 2022, at 10:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **February 15, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE